# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. TAYLOR, JR., <br> Petitioner, <br> v. <br> L. MARTINEZ, Warden, <br> Respondent. | Case No. 21-08399 BLF (PR) <br><br> **JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice to filing a civil rights action under 42 U.S.C. § 1983.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _February 28, 2022____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.21\08399Taylor_judgment.docx